STANLEY ALLYN

V

ALANA BRADLY,

ELLINGTON #A24

WILTBANKS

BOURASSA

TROOPER PRIETO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 08 2024

MITCHELL R. ELFERS
CLERK

CASE NUMBER

EXPECT TO REPAIR AND PAY FOR ALL DAMAGES AND TO CLEAR MR. ALLYNS BACKGROUND AND AND SENDERAL THEIR PENTCHIONS AND COURT TO PICK UP CRIMAEL AND PERSONAL DAMAGES AND SEAS ALL PERSONAL BELONGINGS

CV 24-130

1. ON MARCH 26, 2023 OFFICER BRADLY OPEN A INVESTAGATION BY OBTAINING A FAULST

2. POLICE REPORT AND OBTAING FAULST ALFADATES FROM SDF FREIGHT AND WILL POWELL

3. NONE OF THE OFFICERS PREFORMED A PROPPER INVESTAGTION AND CONDUCTING THEIR

4. SOL DUILLIANGANCEY. SUCH AS OBTAING G.P.S. RECORDS, BOL, VEDIO FOOTAGES, RATE

5. COMS, EMPLOYMENT AGGREMENT, LEASE PURCHES AGREEMENT. LEAD UP TO A FAULST

6. ARREST THE OFFICERS COMMITED ASSORCERY TO THIEF OF SERVICES BY ASSOCIATION

7. BY ACTING ONTO A FAULST POLICE REPORT. CREATED SEVERAL DAMAGES BOTH CRIMNEL

8. AND PERSONAL THEY ALSO HELPED OR COMMITED THIEF OF PERSONAL ITEMS BY NOT

9. BY NOT REMOVAL OF PLANTIFF PERSONAL PROPERTY. THEIR EMPLOYERS AND EMPLOYERS

10. INSURANCE REFUSE TO ACCEPT OR TAKE FINICAL RESPONABILY AND DRAG THEIR FEET TO

11. ALLOW THE STAT STATUCE. THINK THE CLAIM CAN BE DROPED HOWEVER IF COMPLAINT

12. HAS BEEN PROVIDE WITH AGANCY THAT STATUCE DOES NOT APPLY ACCORDING TO A.R.S.

13. LAWS. NOW PLANTIFF IS EXPECTING THE COURTS TO UPHOLD THE LAWS FOR DAMAGES

14. AS YOU CANT PLACE A PRICE TAG ON SUCH MATTERS NOR DOES MONEY BUY OR FIX

15. EVERYTHING AND LIFE DOES NOT GIVE A REWIND BOTTOM.

16. RESPECTFULLY YOURS

17. FILED ON _____

18. TO ALL PARTIES LISTED

1. OFFICER ALANA BRADLY

   GALLUP POLICE DEPARTMENT

   GALLUP NEW MEXICO,

2. ELLINGTON A24
   PO BOX 518
   70 3RD STREET
   ST. JOHNS ARIZONA 85936

3. WILTBANKS
   PO BOX 518
   70 3RD STREET
   ST. JOHNS ARIZONA 85936

4. BOURASSA
   PO BOX 518
   70 3RD STREET
   ST. JOHNS ARIZONA 85936

5  PRIETO

   PO BOX
   STREET
   PAYSON, ARIZONA 85936

AS I Still
wait 4 Supping
on Another
case That
part will B
used Here

This was
being Tried
To Reslove
matters with
self ins They
Refused To
SetAl claim

Stanley Allyn
Po box 3431
St. John AZ
85936

PHOENIX AZ 852
5 FEB 2024 PM 11 L

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 08 2024

MITCHELL R. ELFERS
CLERK

federal courts Clerk
Pete V. Domenici united States courthouse
333 Lomas blvd NW
Suite 270
Albuquerque NM 87102-9843

87102-227470